## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SANDRA WAGNER )))) | |
| **Plaintiffs,** )) | |
| v. ))) | Case No. 15-CV-260-GKF-JFJ |
| CARE PLUS HOME HEALTH CARE, L.L.C. PRASAD ITTY and KUMAR GOVIND, ))))))) | |
| **Defendants.** ) | |

### UNITED STATES' CONSENT TO
### DISMISSAL WITHOUT PREJUDICE

1. This is an action brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730, in which the United States has declined to intervene.

2. In a declined *qui tam* action, the United States remains the real interested party. *U.S. ex rel. Searcy v. Philips Electronics*, 117 F.3d 154 (5th Cir.1997). Accordingly, the action "may be dismissed only if the Court and the Attorney General give written consent to the dismissal and the reasons for consenting." 31 U.S.C. § 3730(b)(1).

3. Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of this action brought pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730, as long as it is without prejudice to the United States, having determined that such dismissal is in the best interest of United States.

Date: May 21, 2019.               RESPECTFULLY SUBMITTED,

                                  R. TRENT SHORES
                                  UNITED STATES ATTORNEY


                                  /s Marianne Hardcastle
                                  MARIANNE HARDCASTLE, OBA No. 15054
                                  Assistant United States Attorney
                                  110 West Seventh Street, Suite 300
                                  Tulsa, Oklahoma 74119
                                  T: (918) 382-2748 │ F: (918) 560-7938
                                  Email: marianne.hardcastle@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, using the ECF System, I caused the foregoing to be electronically transmitted to the Clerk of Court for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

                                  /s Shawna R. Carter
                                  SHAWNA R. CARTER
                                  Paralegal Specialist